**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| DERRICK WILLIAMSON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CITY OF NEW MADRID, et al.,  )<br>  )<br>    Defendants.  ) | No. 1:09-CV-13 CAS |

### ORDER

This matter is before the Court on plaintiff's "Motion for Denial of Motion for Summary Judgment and Motion for Leave of the Court to File Memorandum in Support of Motion for Summary Judgment Exceeding 15 Pages." The motion will be denied.

Plaintiff asserts that defendants Hensley and Hill's motion for summary judgment was not timely filed under the Case Management Order and that defendants have therefore waived their right to seek summary judgment prior to trial. Plaintiff is incorrect. Defendants' motion for summary judgment was filed on September 8, 2009, which was the deadline established by the Case Management Order. See Case Management Order of April 16, 2009 (Doc. 12). Defendants were later granted leave of Court to file a memorandum in support of their motion which exceeds 15 pages in length.

Plaintiff is advised that his response to the motion for summary judgment is due by October 8, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Denial of Motion for Summary Judgment and Motion for Leave of the Court to File Memorandum in Support of Motion for Summary Judgment Exceeding 15 Pages" is **DENIED**. [Doc. 22]

**IT IS FURTHER ORDERED** that plaintiff shall file his response to the defendants' motion for summary judgment by **October 8, 2009**.

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  22nd  day of September, 2009.